UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT _Knoxville_

**FILED**

NOV 03 2020

Clerk, U. S. District Court
Eastern District of Tennessee
At Knoxville

Jermaine Dawan Mack )
_____ )
_____ )
Name of plaintiff (s) )
 )
v. ) Case No. 3:20-mc-68-TAV-HBG
 ) (to be assigned by Clerk)
Knox Co. Sheriff's Office )
Detention Facilities, Lt. Smith, )
Sgt. Kidd e.t al )
Name of defendant (s) )

COMPLAINT

1. A short and plain statement of the grounds for filing this case in federal court (include federal statutes and/or U.S. Constitutional provisions, if you know them):

Cruel and Unusual Punishment of a Mentally Disabled Person (ADA), and Use Excessive Force on Mentally Disabled Person (ADA), Denial of Equal Protection, Staff Misconduct, See Section 4 pg. 2

2. Plaintiff, _Jermaine Dawan Mack_ resides at
_1109 Beaman Lake Rd. Apt. 234_, _Knoxville_
street address                                                city

_Knox_ , _TN_ , _37914_ , _N/A_ .
county     state   zip code   telephone number

(if more than one plaintiff, provide the same information for each plaintiff below)
_N/A_

1

3. Defendant, _Knox Co. Sheriff's Office Facilities_ lives at, or its business is located at

_Roger D. Wilson Detention Facility 5001 Maloneyville Rd._, _Knoxville_,
street address / city

_Knox_, _TN_, _37918_.
county / state / zip code

(if more than one defendant, provide the same information for each defendant below)
Lt. Smith (Security), Sgt. Kidd bldg. 2 Sgt., Officer Baker, all Officers that worked Security on March 17th, 2020 on First and Second Shift, Medical & Mental Health at the R.D.W.D.F., Chief Pervis, Chief Stevens, Chief Bravo, Cpt. Cox all Ranking Officers at KCSO, Psychiatrist Sharon Burnside, Medical Supervisor Dacus.

4. Short and plain statement of your claim (state as briefly as possible the facts of your case and how each defendant is involved. You may use additional paper if necessary):

Mental Anguish, Pain and suffering, P.T.S.D., Abuse of Authority Esp. (Lt. Smith & Sgt. Kidd), Retaliation. I was arrested on March 17th of 2020 and was taken to KCSO's Roger D. Wilson Detention Facility. Upon entry and being booked Security responded to booking because they were called there. They rushed in and threw me to the ground and proceeded to beat on me using acessive force and Officer Baker and other Officers jumped up and down on my legs leaving a perminant boot print on my ankle. After they beat me they jerk me up with both of my arms shoved between my Shoulder blades and roughly walked to Medical where I was stripped naked and thrown

See: Page 4

5. A demand for judgment for the relief you seek (list what you want the Court to do):

a. Lawsuit for Ten million dollars ($10,000,000)

b. Loss of Job, pension and 401(K) for Sgt. Kidd, Lt. Smith, Officer Baker, and Chief of Security

c. Protection from Retaliation

d. All charges expunged from my record for mental incompatence

I (We) hereby certify under penalty of perjury that the above complaint is true to the best of my (our) information, knowledge and belief.

Signed this 27th day of October, 2020.

Jermaine Dawan Malk
Signature of plaintiff(s)

3

Continued from pg.2

into a padded room with no blanket, Clothes, Sheet, Paper gown, nothing. Until the next day. I have been placed in Segregation and only getting 1 hour a day out. That is causing mental anguish. Mental Health rarely sees people in Seg. even when they have severe mental health issues. Also no help from mental Health on obtaining a home plan, Vulnerability to catch Covid-19 (Corona Virus), False Imprisonment.

V.  RELIEF

(State BRIEFLY exactly what you want this Court to do for you. Make NO legal arguments. Cite NO cases or statutes.)

Sue for ($10,000,000) Ten Million dollars, be insured protection against Retaliation and loss of jobs of some officers

I (We) hereby certify under penalty of perjury that the above complaint is true to the best of my (our) information, knowledge and belief.

Signed this 27th day of October, 20 20.

*[signature]*
Signature of plaintiff(s)

